CASE SEALED: _X_  UNSEALED: ___

CASE NO: _____

**SEALED**

## PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

USAO #: 2014R18486

SA15CR0100 DAE

COUNTY: BEXAR          DIVISION: SAN ANTONIO          JUDGE: _____

DATE: February 18, 2015          MAG.CT.#: _____          FBI #: _____

ASSISTANT U.S. ATTORNEY: BETTINA RICHARDSON          DEF. D.O.B.: [REDACTED]

DEFENDANT NAME: DAVID ODELL          DEF. SSN: [REDACTED]

DEFENDANT'S A/K/A'S: _____          Male _X_  Female __

DEFENDANT'S ADDRESS: _____

CITIZENSHIP:  United States: _X_   Mexican ____    Other: ____

INTERPRETER NEEDED:  YES: ____   NO: _X_   Language: ____

DEFENSE ATTORNEY'S NAME: _____
              Employed: ____   Appointed: ____

DEFENSE ATTORNEY'S ADDRESS: _____

DEFENDANT IS:  In Jail: __   Where: _____          Writ Attached: ____
               On Bond: __   Amount of Bond: _____   SID# _____
               AUSA Bond Recommendation:  Detain w/o Bond

DATE OF ARREST: _____   TO BE ARRESTED: YES   BENCH WARRANT NEEDED: YES

PROBATION OFFICER: _____          NAME & ADDRESS OF SURETY: _____

PROSECUTION BY:    _X_   INDICTMENT          ____ INFORMATION

OFFENSE: (Code & Description) COUNT 1: 18/2252A(a)(2), Distribution of Child Pornography. COUNTS 2&3: 18/2252A(a)(5)(B), Possession of Child Pornography.

OFFENSE IS: FELONY ____   CLASS A MISDEMEANOR ____   CLASS B/C PETTY OFFENSE ____

MAXIMUM SENTENCE (Each Count): COUNT 1: 5 to 20 years imprisonment, $250,000 fine, 5 years to life supervised release, $100 mandatory special assessment. COUNTS 2&3: Max 20 years imprisonment, $250,000 fine, 5 years to life supervised release, $100 mandatory special assessment as to each count. Restitution.

AGENT/AGENCY: HSI/Scoff Hefner   MANDATORY PENALTY: Yes: X  No: __ As to special assessment only.

REMARKS: _____                                              pl

WDT-Cr-3   USDC CY 1   USDC CY 2   COURT CY   USMS CY   USAO CY   PROBATION CY   PRE-TRIAL SVCS CY   USAO DOCKETING CY