FILED
JUL 1 6 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

CLERK'S COPY

FILED
JUL 0 9 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

U.S. MARSHALS
RECEIVED
JUL 16 2015
SAN ANTINIO, TX
ENFORCEMENT SECTION

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| V. | ) CRIMINAL NO. SA-15-CR-00100-DAE |
| DAVID ODELL, | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

Came on to be considered the United States of America's Motion for Preliminary Order of Forfeiture, pursuant to the provisions of Title 21 U.S.C. §§ 853(n)(1)-(7), and Fed. R. Crim. P. 32.2(b)(2), 32.2(b)(2)(B), and 32.2(c)(1), and this Court being fully and wholly apprised in all its premises, finds that the United States has established by a preponderance of the evidence a nexus between the below described properties and the violation of Title 18 U.S.C. § 2252A(a)(2), by virtue of Defendant DAVID ODELL's guilty plea and written Plea Agreement with factual basis contained therein, and that the Defendant has an interest in said properties. As such, said Motion is meritorious, and hereby is in all things GRANTED. IT IS THEREFORE

ORDERED that all right, title, and interest of Defendant DAVID ODELL in certain properties, namely:

**1. Dell XPS Laptop Computer, S/N 1HL4RQ1 with two (2) hard drives installed; and**

**2. HP m8000 Desktop Computer, S/N MXX8190JFP with two (2) hard drives installed,**

hereinafter referred to as the Subject Properties be, and hereby is FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that upon entry of the Preliminary Order of Forfeiture, the United States through its lawfully designated agents and agencies, including the Department of Homeland Security, shall seize, take custody, control, and possession of the Subject Properties whether held by the defendant or a third party; and IT IS FURTHER

ORDERED that the United States shall cause publication for at least 30 consecutive days on an official government internet website (www.forfeiture.gov) of the notice of the Preliminary Order of Forfeiture and of its intent to dispose of the Subject Properties in such manner as the United States directs. The United States must send notice to any person or entity who reasonably appears to be a potential petitioner with standing to contest the forfeiture in the ancillary proceeding; and IT IS FURTHER

ORDERED that the United States shall send Direct Notice of the Preliminary Order of Forfeiture, Appendix A, which is attached to the United States of America's Motion for Preliminary Order of Forfeiture, and incorporated herein to those known to the United States to have an interest in the Subject Properties; and IT IS FURTHER

ORDERED that in the event a third-party petition is filed as to the Subject Properties the United States shall commence discovery proceedings to resolve any third-party issues, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas, pursuant to Fed. R. Civ. P. 45; and IT IS FURTHER

2

ORDERED that at the time of the sentencing of Defendant DAVID ODELL the forfeiture of the Subject Properties shall be included in his Judgment in a Criminal Case.

IT IS SO ORDERED.

SIGNED this 9 day of July, 2015.

DAVID A. EZRA
United States District Judge